ERIC GRANT
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. LEDESMA,<br><br>                            Plaintiff,<br><br>              v.<br><br>THE HONORABLE SEAN DUFFY, SECRETARY OF TRANSPORTATION; and DOES 1 to 10,<br><br>                            Defendants. | CASE NO.  1:25-cv-01155-KES-CDB<br><br>**JOINT REQUEST TO EXTEND THE DEADLINE FOR THE JOINT SCHEDULING CONFERENCE AND DATE TO FILE THE JOINT SCHEDULING REPORT; [**~~PROPOSED~~ **ORDER]**<br><br>(Doc. 9) |

   Plaintiff Michael Ledesma and Defendant Sean Duffy, Secretary of Department of Transportation ('the "Parties"), through their respective counsel of record, respectfully move this court to extend the deadline for the Joint Scheduling Report and Scheduling Conference until after the Defendant files its response to Plaintiff's Complaint.  In support of this joint request, the Parties state as follows:

   1. On November 18, 2025, Defendant was served with the Plaintiff's Complaint making a response due on January 16, 2026, pursuant to Federal Rule of Civil Procedure 4.

   2. The Scheduling Conference in this case is currently set for January 20, 2026, and a Joint Report to be filed on January 13, 2026.

   3. The Parties agree that it would be more efficient to file the Joint Scheduling Report and conduct the Joint Scheduling Conference after the Defendant has responded to the Complaint.

4. The Parties respectfully request that the date for the Joint Scheduling Conference be continued for at least thirty days after the Defendant's response is filed and further respectfully request that the deadline for the Joint Scheduling Report be set for one week prior to the new date for the Scheduling Conference.

5. This request is made in good faith and is not intended for purposes of delay.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Request to extend the date for the Joint Scheduling Conference and that the Joint Scheduling Report be filed one week prior to the new date of the Scheduling Conference

Dated: December 18, 2025  
ERIC GRANT  
United States Attorney

By: /s/ *Alyson A. Berg*  
ALYSON A. BERG  
Assistant United States Attorney

Dated: December 18, 2025  
LEDESMA LAW

/s/ Jacqueline Ledesma  
Jacqueline Ledesma, Esq.

## [~~PROPOSED~~] ORDER

Good cause having been shown, it is HEREBY ORDERED that the Scheduling Conference is rescheduled to February 19, 2026, at 9:30 a.m. at the United States District Court located in Bakersfield, California.

IT IS SO ORDERED.

HON. CHRISTOPHER D. BAKER